IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD RAY ANDREWS                                              PETITIONER

v.                         Civil No. 12-2130

LARRY NORRIS, Director,
Arkansas Department of Correction                                 RESPONDENT

### ORDER

Donald Ray Andrews has submitted for filing in this district a petition for writ of habeas corpus under 28 U.S.C. § 2254. The Clerk is directed to file the petition *nunc pro tunc* to June 11, 2012.

Petitioner failed to submit with his petition either the $5 filing fee or an application to proceed *in forma pauperis* (IFP). **The Clerk is directed to mail the Petitioner an IFP application.** Petitioner has until **July 6, 2012,** to provide the Court with either a completed IFP application or the $5 filing fee. Failure to comply with this order may subject this case to summary dismissal for failure to obey an order of the Court.

IT IS SO ORDERED this __12__ day of June 2012.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 1 4 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

-1-