IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD RAY ANDREWS                                                                      PETITIONER

            v.                          Civil No. 12-2130

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## **ORDER**

    An order (Doc. 3) was entered directing Plaintiff to pay the filing fee or submit an *in forma pauperis* application. The $5 filing fee has now been paid. Petitioner need take no further action with respect to the fee.

    IT IS SO ORDERED this 14th day of June 2012.

    /s/ *J. Marschewski*
    HON. JAMES R. MARSCHEWSKI
    CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)