IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD RAY ANDREWS                                                                                    PETITIONER

      v.                                    Civil No. 12-2130

LARRY NORRIS, Director,
Arkansas Department of Correction                                                                    RESPONDENT

## ORDER

An order (Doc. 3) was entered directing Plaintiff to pay the filing fee or submit an *in forma pauperis* application. The $5 filing fee has now been paid. Petitioner need take no further action with respect to the fee.

IT IS SO ORDERED this 14th day of June 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE