```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

DONALD ANDREWS                                          PETITIONER

     V.                    Civil No. 12-2130

LARRY NORRIS, Director
Arkansas Department of Correction                       RESPONDENT

## O R D E R

On this 26th day of November, 2012, there comes on for consideration Petitioner's Motion to Reconsider (doc. 9) the October 19, 2012 Order dismissing his 28 U.S.C. § 2254 petition with prejudice (doc. 8). The petition was dismissed as his claims are procedurally defaulted. Petitioner provides nothing in his motion to suggest the dismissal was erroneous, and any relief should be sought in the Eighth Circuit Court of Appeals. The motion to reconsider (doc. 9) is DENIED.

    IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge